FILED

NOV 1 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | ) CASE NO.  1:09-SW-174 GSA |
| | ) |
| SEARCH WARRANT AUTHORIZED TO | ) |
| SEARCH THE FOLLOWING USFS | ) ORDER TO UNSEAL SEARCH WARRANT, |
| EXHIBIT: | ) SEARCH WARRANT APPLICATION, |
| | ) AFFIDAVIT, AND SUPPORTING |
| One cell phone (Nokia, black and | ) DECLARATION |
| silver in color with hand | ) |
| written numbers of "602=4557" | ) |
| taped to the back cover) under | ) |
| USFS case 09-05-8939602 | ) |
| | ) |
| seized from the Jose Basin | ) |
| marijuana cultivation site and | ) |
| currently in the custody of the | ) |
| USFS Clovis Office. | ) |
| | ) |

The search warrant, search warrant application, affidavit, and supporting declaration in this case having been sealed by order of this Court on July 23, 2009, and it appearing that such documents no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant, search warrant application, affidavit, and supporting declaration be unsealed and made public record.

DATED: 11/18/09

_____
UNITED STATES MAGISTRATE JUDGE

2